# UNITED STATES DISTRICT COURT
for the
District of Maryland

✓ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

3:43 pm, Oct 19 2020

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

IN THE MATTER OF A DNA SAMPLE COLLECTION FROM BRANDON THAMES

Case No. 1:20-mj-2381 TMD

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A.

located in the _____ District of _____, there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☐ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g) | Possession of a Firearm by a Prohibited Person |

The application is based on these facts:
See Affidavit in Support of Application for Search Warrant

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

ADAM STJOHN
Digitally signed by ADAM STJOHN
Date: 2020.09.16 22:27:00 -04'00'

*Applicant's signature*

Special Agent Adam St. John
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3).

Date: 9/23/2020

*Judge's signature*

City and state: Baltimore, Maryland

Hon. Thomas D. Girolamo, USMJ
*Printed name and title*